# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                     CASE NO: 6:22-mj-1656-LHP

BRIAN PATRICK DURNING

AUSA: Emily Chang

Defense Attorney: Nicole Mouakar, Federal Public Defender

| JUDGE: | LESLIE HOFFMAN PRICE United States Magistrate Judge | DATE AND TIME: | June 24, 2022 3:38-4:01 23 minutes |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Sonya Williams |

## CLERK'S MINUTES
## INITIAL APPEARANCE

Case called; appearances taken; procedural setting by the Court.
Court inquired of the Defendant regarding competency.
Parties advised of the requirement pursuant to the Due Process Protections Act.
Court advised the Defendant of his rights.
Defendant made an oral motion to appointment.
Court granted the motion and appointed counsel.
Government summarized the charge and penalties in the Complaint.
Defendant reserved the right to a preliminary hearing. Motion to be filed if Defendant requests a hearing.
Government made an oral motion for release.
Court granted the motion and released the Defendant on conditions of release as set forth in the Order Setting Conditions of Release.